**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| MARC A. LAUER | : | |
| MARIA A. LAUER, | : | Bky. No. 10-16500 ELF |
| Debtors. | : | |
| | | |
| MARC A. LAUER | : | |
| MARIA A. LAUER, | : | |
| Plaintiffs, | : | |
| v. | : | Adv. No. 10-0422 |
| ST. EDMOND'S FEDERAL SAVINGS BANK, | : | |
| Defendant. | : | |

# O R D E R

**AND NOW,** for the reasons set forth in the accompanying Memorandum, judgment is entered in favor of Defendant and against Plaintiffs in the above adversary proceeding.

Date: May 9, 2011

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**